## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

_____

Shatara Brown, Nikoe Lee,
and Colleana Young,

            Plaintiffs,

vs.



Reese Pfeiffer, Fruen & Pfeiffer, LLP,
Michael Fruen, and M Fruen Properties, LLC,

            Defendants.

_____

Civil Action No. 0:19-cv-03132
(WMW/KMM)

**DEFENDANT FRUEN
RULE 12 (b) (6)
MOTION TO DISMISS**


      Defendant Michael Fruen through his undersigned counsel, move the Court, in lieu of filing an Answer, for an Order dismissing Defendant Michael Fruen as a Defendant.  This Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.  In support of his Motion, this Defendant relies on the arguments and law contained in the related memoranda and any additional arguments and law presented to the Court at the hearing.

      **SKOLNICK & JOYCE, P.A.**

Date:  January 29, 2020

By: */s/ William R. Skolnick*
    William R. Skolnick, #137182
    wskolnick@skolnickjoyce.com
    Samuel M. Johnson, #0395451
    sjohnson@skolnickjoyce.com
    333 South Seventh Street
    1150 SPS Tower
    Minneapolis, Minnesota 55402
    (612) 677-7600 Main
    (612) 677-7601 Facsimile

**ATTORNEYS FOR DEFENDANT
MICHAEL FRUEN**